THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, against MICHAEL KILGALLEN, Defendant.

Submitted November 26, 1945; decided December 6, 1945.

*Michael Kilgallen,* in person, for motion.

*Charles P. Sullivan, District Attorney* (*James F. T. Delaney* of counsel), opposed.

Motion for leave to prosecute appeal as a poor person, etc., denied on the ground that no appeal by the defendant is pending in this court.